UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 06-10350-WGY |
| v. ) | |
| ) | VIOLATIONS: |
| CHARLES BRADSHAW LINCOLN, ) | Mail Fraud (18 U.S.C. § 1341) |
| Defendant. ) | |

### UNITED STATES' MOTION TO SEAL

Pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, the United States of America, through the undersigned counsel, moves to seal the Indictment and accompanying papers in the above-captioned matter for a brief period of time, not to exceed two days. During that period, undersigned counsel will notify counsel for the defendant of the return of the Indictment and will attempt to arrange for the defendant's voluntary appearance. If the defendant does not agree to a voluntary appearance, the United States will seek a warrant for his arrest. In either event, the United States will move to unseal the Indictment and accompanying papers once satisfactory arrangements have been made for defendant's appearance.

As grounds for this motion, the United States notes that there has been extensive press coverage of events connected to the allegations in the Indictment. Permitting a brief period of sealing will allow an orderly notification of the defendant's counsel and will avoid unfair

surprise that might otherwise occur if members of the press are the first to inform defendant of the pendency of charges against him. Sealing the Indictment will permit the United States to determine whether a non-arrest voluntary appearance is workable in this case, potentially obviating the need for an arrest warrant. It is in the interest of justice, and in the interests of both the government and the defendant, to allow time to arrange for the least intrusive mode of service that will suffice to secure the defendant's appearance.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: October 26, 2006

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147